DAVE'S TRUCKING COMPANY, L.L.C., Respondent,

v.

TIRE CENTERS, L.L.C., Appellant.

No. WD 69129.

Missouri Court of Appeals, Western District.

Feb. 10, 2009.

Kevin James Rapp, Springfield, MO, for Appellant.

Susan Ford Robertson, Columbia, MO, for Respondent.

Before: JOSEPH M. ELLIS, Presiding Judge, RONALD C. HOLLIGER, Judge [1], and JOSEPH P. DANDURAND, Judge.

### ORDER

PER CURIAM:

Tire Centers, L.L.C., appeals from a money judgment in favor of Dave's Trucking Company, L.L.C., for damages from the theft loss of a skid loader that had been delivered to Tire Centers for servicing. After a thorough review of the record, we find that the judgment is supported by substantial evidence, is not against the weight of the evidence, and that no error of law appears. An extended opinion would have no precedential value,

1. Ronald R. Holliger, Judge, participated in oral argument but was not a member of the court when this opinion was handed down.

but a memorandum explaining our reasoning has been provided to the parties.

Judgment affirmed.   Rule 84.16(b).